UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MENES ANKH EL, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>)<br>SHERIFF JOHN R. LAYTON, )<br>)<br>Respondent. ) | Case No.1:12-cv-1688-TWP-TAB |

**ORDER DENYING DEMAND FOR RESPONSE**

**I.**

A copy of the Truth Affidavit in the Nature of a Demand for Response (Dkt. 8) filed on May 3, 2013, shall be **included** with the petitioner's copy of this Entry.

**II.**

This matter is before the Court on The petitioner, Menes Ankh El's Affidavit in the Nature of a Demand for Response. (the "Affidavit and Demand"). The Affidavit and Demand makes reference to the pending action for habeas corpus relief. The habeas petition makes other assertions, some of which are vague and most of which have been found by the courts in this Circuit to be baseless. See *United States of America v. Bolivar Benabe, et al.,* 654 F.3d 753, 767 (7th Cir. 2011)(7th Cir. 2011)("We have repeatedly rejected their theories of individual sovereignty, immunity from prosecution, and their ilk. Regardless of an individual's claimed status of descent, be it as a "sovereign citizen," a "secured-party creditor," or a "flesh-and-blood human being," that person is not beyond the jurisdiction of the courts. These theories should be rejected summarily, however they are presented.")(internal citations omitted).

In his Affidavit and Demand, Petitioner directs the Court to honor a default judgment against the Defendants. However, it is the court, not the parties, who is given the responsibility for directing the proceedings in an action for habeas corpus relief. This is prescribed by 28 U.S.C. § 2243, which requires the court "to dispose of the matter as law and justice require." *See Porter v. McCollum*, 130 S. Ct. 447, 452 (2009)(citing *Rompilla v. Beard*, 545 U.S. 374, 390 (2005)). Petitioner should not succumb to the "notion that the defendants [or this court], by 'failing' to respond to documents which he sent to them, somehow concede[ ] and 'stipulate[ ]' to his interpretation of the law and the rights and duties it recognizes." *Stanton v. Hutchins*, 2010 WL 1418563 (W.D.Mich. Apr. 7, 2010).  A ruling on the Application for writ of habeas corpus is forthcoming.

The petitioner's Affidavit and Demand [dkt. 8] is therefore **DENIED.**

**IT IS SO ORDERED.**

Date: _06/03/2013_

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Menes Ankh El
Marion County Jail
40 S. Alabama St.
Indianapolis, IN  46204